IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| ALBERT MARTINEZ<br>PRISONER NO. 804717 | § § § | |
| VS. | § | CIVIL ACTION NO. B-98-074 |
| TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE and WARDEN ROGERS | § § § | |

## ORDER OF DISMISSAL

The Plaintiff Albert Martinez, in the above entitled cause, has failed to pay the filing fee necessary to proceed in *forma pauperis*, as required by notice from the Clerk dated June 17, 1998. The Clerk's notice specifically provided that failure to comply as directed may result in the dismissal of this action. The Plaintiff's failure to pursue this action forces this court to conclude that he lacks due diligence.

Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. Moore, Federal Practice § 41.51(3)(b) & (e) (3d ed. 1998). The Plaintiff is advised, however, that upon a proper showing, relief from this order may be granted in accordance with Fed. R. Civ. P. 60(b). *See Link*, 370 U.S. at 635.

Accordingly, it is ORDERED that this action be DISMISSED without prejudice for want of prosecution.

The Clerk shall provide copies to Ambers Rivers, TDCJ Litigation Support, P.O. Box 13084, Austin, Texas 78711; and the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas

77342-0629.

SIGNED at Brownsville, Texas, on this \_\_\_19th\_\_\_ day of \_\_November\_\_, 1998.

Filemon B. Vela
United States District Judge